470 A.2d 968

**COUNTY OF LEHIGH, Petitioner,**

**v.**

**COMMONWEALTH of Pennsylvania, Pennsylvania Labor Relations Board, et al., Respondents,**

**and**

**The Pennsylvania Service Employees International Union, Intervenor.**

Supreme Court of Pennsylvania.

Feb. 2, 1984.

## ORDER

238

PER CURIAM.

The Order entered January 16, 1984 is hereby amended to read:

The petition of County of Lehigh is granted on the single issue of whether judicial secretaries are "confidential employees" under the Public Employee Relations Act. The petition is denied in all other respects.